## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with the Facebook profile with username as follows: **SEYMOUR.BUTS123** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.