CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JAN 15 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID SEYMOUR.BUTS123 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No. Case No. 3:17-MJ-00058<br><br>**Filed Under Seal** |

## MOTION TO EXTEND SEALING

COMES NOW the United States of America through its attorney and request that the Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit, the Inventory Return, this Motion to Seal, and Order to Seal remain under seal of this Court for the following reasons:

1. The government states that the disclosure of the documents could alert suspects in a criminal investigation and hinder the government's efforts in the investigation.

2. The government requests that the stated documents remain under seal by this Court for a period of one hundred eighty (180) days.

Date: 1/14/2020

Respectfully submitted,
THOMAS T. CULLEN
United States Attorney

Christopher Kavanaugh
Assistant United States Attorney